| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

RAUL CARBAJAL, #19189-078 §
§
*versus* § CIVIL ACTION NO. 4:13-CV-409
§ CRIMINAL ACTION NO. 4:11-CR-186(1)
UNITED STATES OF AMERICA §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

**Signed this date.**
**Jul 15, 2016**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE